**NOTICE OF NONCOMPLIANCE**
See L.R. 5-133(a) & (d)(3)
Filed in Paper on

SEP - 5 2006

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

E. Susan O'Toole, CSB #228167
E-mail: esotoole@lawssg.com
STEWART SOKOL & GRAY, LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

FILED
SEP 12 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.

Of Attorneys for Plaintiff, US Door & Hardware, Inc.

**LODGED**

SEP - 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**, for the use and benefit of **U.S. DOOR & HARDWARE, INC.**, a Nevada corporation,

        Plaintiff,

v.

**SUNDT CONSTRUCTION, INC.**, an Arizona corporation; **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**, a Maryland corporation; and **FEDERAL INSURANCE COMPANY**, an Indiana corporation,

        Defendants.

No. 2:06-CV-00835-FCD-GGH

**STIPULATED ORDER AND JUDGMENT OF DISMISSAL**

///

///

///

///

///

///

Page 1 - STIPULATED ORDER AND JUDGMENT OF DISMISSAL

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

Pursuant to the stipulation of the parties endorsed hereon,

IT IS SO ORDERED AND ADJUDGED that the above captioned matter is dismissed with prejudice and without costs or attorney fees to any party.

DATED September 11, 2006

_____
United States District Court Judge

IT IS SO STIPULATED

STEWART SOKOL & GRAY, LLC

_____ 7-7-06 _____
E. Susan O'Toole, CSB #228167
2300 SW First Avenue, Suite 200
Portland, Oregon 97201

Of Attorneys for Use Plaintiff
U.S. Door & Hardware, Inc.

GORDON & REES LLP

_____
Kenneth F. Strong, CSB #88134
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, California 94111

Of Attorneys for Defendants
Sundt Construction, Inc., Federal
Insurance Company, and Fidelity and
Deposit Company of Maryland

W:\Work\Clients T-V\US Door & Hardware\Beale Air Force Base\LAW\Pleadings\Stipulated Order and Judgment of Dismissal.wpd

Page 2 - STIPULATED ORDER AND JUDGMENT OF DISMISSAL

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On August 23, 2006, I served the within documents:

**STIPULATED ORDER AND JUDGMENT OF DISMISSAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☒ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

| E.Susan O;'Toole, Esq.<br>Stewart Sokol & Gray LLC<br>2300 SW First Avenue, Suite 200<br>Portland, OR 97201-5047<br>Tel: 503-221-0699<br>Fax: 503-223-5706 | *Counsel for Plaintiff, US Door & Hardware, Inc.* |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 23, 2006, at San Francisco, California.

Adriana Vera

SUNDT/1039178/1014684v.1